UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                   Case No. 06-cr-32-01-SM

Perry Davidson

O R D E R

Defendant Davidson's motion to continue the final pretrial conference and trial is granted (document 8). Trial has been rescheduled for the June 2006 trial period. Defendant Davidson shall file a waiver of speedy trial rights not later than May 3, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 13, 2006 at 4:00 p.m.

**Jury Selection**: June 20, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April 25, 2006

cc: Michael Sheehan, Esq.
    Debra Walsh, AUSA
    US Probation
    US Marshal